IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KAY MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| ESIS (A Division of CHUBB Insurance) | ) Case No. 2:20-cv-02275-DDC-ADM |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Come now Plaintiff Kay Martin, by her attorney, and Defendant ESIS, A Division of CHUBB Insurance, by its attorney, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and stipulate to dismissal of this matter WITH PREJUDICE, each side to pay its own costs and fees.

DATED: October 9, 2020                Respectfully submitted,

KRIGEL & KRIGEL, P.C.

*/s/ Ivan L. Nugent*
Ivan L. Nugent, KS #24512
4520 Main Street, Suite 700
Kansas City, MO 64111
Telephone: (816) 285-6001
Facsimile: (816) 756-1999
inugent@krigelandkrigel.com

JACKSON LEWIS P.C.

*/s/ Karen R. Glickstein*
Karen R. Glickstein, KS # 14036
7101 College Blvd, Suite 1200
Overland Park, KS 66210
Telephone: (913) 981-1018
Facsimile: (913) 981-1019
Karen.Glickstein@jacksonlewis.com

**ATTORNEYS FOR DEFENDANT**

4812-1160-7502, v. 1